# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Willard Westfall

                V.                  **JUDGMENT IN A CIVIL CASE**

MII Liquidation Inc.

                              **CASE NUMBER:**    06-CV-02343-BEN (NLS)

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court enters Judgment in favor of Appellees and against Appellant.......................................................

| September 12, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                        S/J. Hathaway
                                        (By) Deputy Clerk

                                          ENTERED ON September 12, 2007